# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Chanese Patterson | Case No. 1:15-cv-02221 |
| Plaintiff, | Judge: John W. Darrah |
| v. | Magistrate Judge: Sidney I. Schenkier |
| Midland Credit Management, Inc. | |
| Defendant. | **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: s/ David M. Menditto
    David M. Menditto
    1100 W. Cermak Rd., Suite B410
    Chicago, IL 60608
    Phone: 312-380-6110
    Fax: 312-361-3509
    Email: davidm@fairdebt411.com
    One of Plaintiff's Attorneys

Date: July 31, 2015

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 31, 2015, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's CM/ECF System upon the following:

Heather L. Kramer
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606

Counsel for:
Midland Credit Management, Inc.

                                                            s/ David M. Menditto