# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Chanese Patterson | Case No. 1:15-cv-02221 |
| Plaintiff, | Judge: John W. Darrah |
| v. | Magistrate Judge: Sidney I. Schenkier |
| Midland Credit Management, Inc. | |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA                     Dykema Gossett PLLC

By: /s/ David M. Menditto                     By: /s/ Heather L. Kramer
David M. Menditto                             Heather L. Kramer
1100 W. Cermak Rd., Suite B410                10 S. Wacker Drive, Suite 2300
Chicago, IL  60608                            Chicago, IL  60606
Telephone:  312-380-6110                      Telephone: 312-876-1700
Fax:  312-361-3509                            Fax: 866-870-7321
Email: davidm@fairdebt411.com                 Email: HKramer@dykema.com
Attorney for Plaintiff                        Attorney for Defendant
Date: August 28, 2015                         Date: August 28, 2015

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 28, 2015, I electronically filed the foregoing Stipulation

through the court's CM/ECF system, which will perfect service upon the following:


Heather L. Kramer
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606

Counsel for:
Midland Credit Management, Inc.



/s/ David M. Menditto